Date: 08/12/10                    *Cc -#114    4/50771*                    Page:

# DIVIDENDS REMITTED TO THE COURT
Check Number 114 Dated 08/12/10
Case Number 09-21259 - ROBINSON, LLOYD J.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| AMERICAN INFOSOURCE LP AS AGENT FOR<br>WORLD FINANCIAL NETWORK NATIONAL BANK<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | 000002 | 396.41 | 3.33 |
| Capio Partners LLC<br>2222 Texoma Parkway<br>Suite 150<br>Sherman, TX 75090 | 000015 | 161.85 | 1.36 |
| ---------- Remittance Total ---------------- | | 558.26 | 4.69 |

*(signature)*

DAVID O. SIMON, TRUSTEE

*FILED 2010 AUG 16 AM 10: 04 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND*

COURT1                                   Printed: 08/12/10 08:53 AM   Ver: 15.10d

09-21259-pmc    Doc 41    FILED 08/16/10    ENTERED 08/16/10 15:29:19    Page 1 of 1